UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:11-CR-5-1BO

| United States Of America | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER CONTINUING |
| | ) | MOTION FOR REVOCATION HEARING |
| Dante Evans | ) | |

On June 12, 2009, Dante Evans appeared before the Honorable J. Frederick Motz, U.S. District Judge in the District of Maryland, and upon a plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute Controlled Substance, in violation of 21 U.S.C. § 846, was sentenced to the custody of the Bureau of Prisons for a term of 41 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 60 months upon release from imprisonment. Dante Evans was released from custody and the term of supervised release commenced on February 17, 2010.

From evidence presented at the revocation hearing on January 13, 2012, the court finds as a fact that Dante Evans, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.
2. Failure to notify the officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
3. Failure to submit truthful and complete written reports within the first five days of each month.
4. Failure to participate in a cognitive behavioral program as directed by the probation officer.

It now appears that the ends of justice would best be served by denying the motion for revocation before the court this date for a period of 90 days under the original terms and conditions imposed in this case.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be continued for a period of 90 days.

This the 13th day of January, 2012.

Terrence W. Boyle
U.S. District Judge